■ DOROTHY R. KORNBLITH et al., Respondents, v BERTRAM M. OSTRAU, Appellant. [669 NYS2d 1017] —Appeal by the defendant from an order of the Supreme Court, Westchester County (Bellantoni, J.), entered June 27, 1997.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Bellantoni at the Supreme Court. O'Brien, J. P., Sullivan, Friedmann and Goldstein, JJ., concur.